**Order filed October 1, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00647-CV
_____

## IN THE MATTER OF THE MARRIAGE OF ROSA MORENO AND JOSE EDUARDO MORENO

---

### On Appeal from the 309th District Court
### Harris County, Texas
### Trial Court Cause No. 2018-16481

---

## O R D E R

Appellant Rosa Moreno filed a notice of appeal in this case on August 23, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 11, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.